SAMUEL E. KELLY, Respondent, v. GEORGE LEARY CONSTRUCTION COMPANY, Appellant.— Order granting plaintiff's motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

HENRY LAPLANTE, as Administrator, etc., of JOHN JOSEPH LAPLANTE, Deceased, Respondent, v. SAMUEL G. BURKE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MICHAEL J. LEAHY, Appellant, v. INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

LEONARD CONSTRUCTION CORPORATION, Respondent, v. ARROW CONSTRUCTION COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EDWIN J. LUCAS, Appellant, v. SYDNEY A. SYME, Respondent.— Judgment dismissing complaint reversed upon the law and the facts, with costs to the appellant to abide the event, and a new trial granted. We are of opinion that plaintiff's complaint states a cause of action susceptible of proof that the parties agreed to modify the original contract cost by increasing the amount of labor and materials and the cost thereof. Any enhancement of cost due to defendant's acts or conduct is also subject to be included in the recovery. Kelly, P. J., Manning, Young and Kapper, JJ., concur; Jaycox, J., dissents.

MARIA MALTESE, as Administratrix, etc., of NICHOLAS MALTESE, Deceased, Appellant, v. OVERSEAS SHIPPING COMPANY, Inc., Respondent.— Order granting defendant's motion to dismiss complaint, and judgment entered thereon, affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Kapper, JJ., concur; Young, J., dissents, being of opinion that the issue of decedent's mental condition at the time of signing the release should have been submitted to the jury.

SANTA ODDO, Administratrix, etc., of MARIANO ODDO, Deceased, Appellant, v. PATERSON BRIDGE COMPANY, Respondent.— Order allowing defendant's proposed amendment to case on appeal affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GENTILE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATTHEW MARTIN, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. MCKENZIE, Appellant.— Judgment of conviction, and orders, unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.